**SEALED**

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Western District of Texas

**FILED**

April 28, 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ VAR _____

DEPUTY

| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  **1:25-MJ-498** |
| | ) | |
| | ) | |
| | ) | |
| James Christopher Hoyt | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  From December 8, 2021 to on or about November 9, 2023  in the county of  Williamson & Travis  in the Western District of  Texas , the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18 U.S.C. 2252(a)(2) | Distribution of Material Involving the Sexual Exploitation of Minors |

This criminal complaint is based on these facts:

See attached affidavit.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Brandy Horton, Special Agent, FBI
_____
*Printed name and title*

☐ Sworn to before me and signed in my presence.
☒ Sworn to telephonically and signed electronically.

Date: ___04/28/2025___

_____
*Judge's signature*

City and state:  **Austin, Texas**

Susan Hightower, U.S. Magistrate Judge
_____
*Printed name and title*

**FILED**

April 28, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____VAR_____
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| **Plaintiff.** | § | |
| | § | |
| **v.** | § | CRIMINAL NO. __1:25-MJ-498__ |
| | § | |
| **JAMES CHRISTOPHER HOYT,** | § | |
| **Defendant.** | § | |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Brandy Horton, being duly sworn, state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.    I am a Special Agent (SA) with the Federal Bureau of Investigation and have been since August 2020. Since January 2021, I have been assigned to the San Antonio Division where I have been a member of the Violent Crimes Squad, the Gang Squad, and most recently the Violent Crimes Against Children Squad. During this time, I have investigated violations of numerous federal criminal statutes. I have received training from the FBI in the enforcement of federal child pornography laws (as defined in 18 U.S.C. § 2256) and child exploitation, and have, as part of my daily duties as a Special Agent assigned to the National Initiative, investigated violations relating to child exploitation and child pornography, including violations pertaining to the possession, distribution, receipt, advertising, and production of child pornography, in violation of Title 18, United States Code, Sections 2251, 2252(a), and 2252A. As part of my duties as a Special Agent assigned to the National Initiative, I have had the opportunity to observe and review numerous examples of child pornography in all forms of media, including electronic and computer media. I have also participated in the execution of many search warrants, including searches involving child

exploitation and child pornography. As a Federal Agent, I am authorized to investigate violations of the laws of the United States and to execute warrants issued under the authority of the United States. I am a "federal law enforcement officer" within the meaning of Rule 41(a)(2)(C) of the Federal Rules of Criminal Procedure. I am engaged in enforcing federal criminal laws and I am authorized by the Attorney General to request an arrest warrant, among other things.

2.     This affidavit is submitted in support of a criminal complaint against Defendant **JAMES CHRISTOPHER HOYT,** year of birth 1981, for violations of Title 18, United States Code, Section 2252, relating to distribution, receipt, and transportation of child pornography, and attempting and conspiring to commit same.

3.     Title 18, United States Code, Section 2252 generally prohibits a person from knowingly transporting, shipping, receiving, distributing, possessing, or accessing with intent to view child pornography and/or any visual depiction of minors engaging in sexually explicit conduct, produced using a minor engaged in such conduct, when such visual depiction was either mailed or shipped or transported in interstate or foreign commerce, or in or affecting interstate commerce, by any means, including by computer, or when such visual depiction was produced using materials that had traveled in interstate or foreign commerce, or attempting to do so.

4.     This affidavit is based on my personal knowledge as well as reports made by other FBI agents and law enforcement officers. Because this affidavit is being submitted for the limited purpose of establishing probable cause for the issuance of the Complaint, it does not contain every fact known to me or other FBI agents.

## FACTS

5. In June of 2022, a Foreign Law Enforcement Agency (FLA) provided information to the FBI regarding an individual, SUBJECT USER, who had been active on multiple sites on the Tor (a.k.a. the dark web) that were exclusively focused on sharing child pornography.

6. I am aware through my training and experience and consultation with other U.S. law enforcement agents that tips provided by the FLA regarding IP addresses that the FLA advised were associated with access to Tor network child exploitation-related web and chat sites have: (1) led to the identification and arrest of a U.S.-based child pornography producers and hands-on offender, and the identification and rescue of multiple U.S. children subject to that offender's ongoing abuse; (2) led to the seizure of evidence of child pornography trafficking and possession; and (3) been determined through further investigation to be related to targets that U.S. law enforcement investigation had independently determined were associated with child pornography trafficking and possession.

7. The FLA identified TARGET WEBSITE 1 by name and identified the SUBJECT USER by his particular online alias as a member of TARGET WEBSITE 1. The FLA was able to identify a true IP associated with the SUBJECT USER on TARGET WEBSITE 1. The FLA also discovered public and private communications by the SUBJECT USER from TARGET WEBSITE 1 where the SUBJECT USER gave individuals his unique Instant Messaging Service (IMS) address. The FLA, through investigation and techniques used pursuant to its own national laws, determined that the SUBJECT USER was likely associated with a device using a specific IP address on June 3, 2022 at 07:08:38 UTC.

8. In July 2022, an FBI Online Covert Employee (hereinafter referred to as "OCE-1") gained access to TARGET WEBSITE 1 and identified the profile of the particular online alias of

the SUBJECT USER. The SUBJECT USER's profile indicated that they had become a member on December 8, 2021, and also included his file password for users who download and decrypt encrypted copies of his sexually explicit material. In November of 2022, an OCE again checked his profile and the SUBJECT USER had his "AoA" (Age of Attraction) listed as "10-15" and the SUBJECT USER had earned a badge on his profile for 100 or more posts. The SUBJECT USER's profile picture was a graphic animated image of what is believed to be a Japanese public service cartoon figure.

9.     From January 2022 to September 2022, the SUBJECT USER created numerous topics and posts where he ultimately shared well over 50 different images and videos, nearly all containing nudity and featuring what appeared to be both young adults and/or post-pubescent males. On or about February 4, 2022, the SUBJECT USER created a thread about young boys in animal costumes. In a post titled "Furry Boys (animal costumes) nude & non-nude," SUBJECT USER stated, "Here is one I discovered on my hard drive just hanging out… he's so cute!" This post included five images of children between the ages of two and ten nude, exposing their genitals and some in sexual acts.

10.    For example, the first image posted by the SUBJECT USER depicts a minor male, estimated to be approximately between three and five years of age. Your Affiant believes the child to be this age range based on a complete lack of pubic development and pubic hair, as well as that the child is clearly of a small stature and underdeveloped physically. The child is wearing a tiger mask on his face and nothing else. Another image was of a child between the ages of approximately eight and ten, wearing cat ears, a cat collar, gloves and nothing else. Your Affiant believes the child to be this age range due to a complete lack of pubic development, pubic hair, as well as being underdeveloped physically and youthful facial features. The child is posed lying on his side, with

his face turned to the camera, and he holds his exposed genitals, which are in the focal point of the frame.

11.    In another instance on the same thread, the SUBJECT USER posts an image of what appears to be the same child between the ages of eight and ten with the cat ears, lying naked with a female child who also appears to be between eight and ten years old. Given the nature of the images, and the children's demeanor in the images, your Affiant believes these images are clearly sexual and provocative in nature. Your Affiant believes the children to be this age range due to a complete lack of pubic hair, pubic development, as well as being underdeveloped physically and youthful facial features. The two children are kissing, and the male child is touching his penis. The last image is of a young male, who appears to be approximately ten years old and pre-pubescent based on his lack of pubic hair and his general youthful appearance, exposing his genitals which are the focal point of the image. The male minor is wearing cat ears and has a furry tail strewn across his lap.

12.    OCE-1 was able to download most of the threads and images posted or created by the SUBJECT USER, and screen capture the threads of conversation that followed each post of new sexually explicit material.

13.    OCE-1 documented similar child pornography activity by SUBJECT USER on TARGET WEBSITE 2 and TARGET WEBSITE 3, both of which were also only accessible via Tor.

14.    Based on the information provided by the FLA concerning the IP address associated with the SUBJECT USER, the FBI identified from publicly available information that AT&T owned the specific IP address on or about June 3, 2022 (which is the date and address provided by the FLA).  AT&T produced records showing that, on June 3, 2022, at the exact time indicated by

the FLA IP address was assigned to the premises of a specific residence in Round Rock, Texas, 78665. AT&T also provided the subscriber information associated with that IP address, which was a name other than HOYT. Open-source information identified other residents of that same property address, including HOYT.

15.    In August 2022, a pen register/trap and trace (PRTT) device on that residence revealed that a user of the internet at that location likely accessed the Tor network 39 of 57 days of observation.

16.    On December 20, 2022, the Round Rock Police Department made contact with James HOYT at the residence in Round Rock, Texas. HOYT's trailer was parked on the street in violation of a city ordinance. HOYT was not cited, and instead given a warning, but told the officers the trailer was his and that he intended on moving from the location and would relocate the trailer. Subsequent open-source investigation also identified that HOYT had moved to a new address in Pflugerville, Texas, 78660.

17.    In April 2023, a PRTT on the Pflugerville address revealed Tor activity on 13 of 39 days of observation.

18.    On November 9, 2023, the FBI executed a federal search warrant on HOYT's residence which resulted in the seizure of various electronic devices containing child pornography, including images that HOYT had posted to the Tor websites discussed above. HOYT was interviewed during the execution of the search warrant and made admissions to law enforcement that are contained in a 59-minute audio recording. On the same day, he chose to participate in a polygraph exam during which he made several admissions, including that he used the Tor network to access CSAM, he has an attraction to minors, and engaged in a sexual relationship with a 16-year-old in 2018. Days after the polygraph exam, HOYT emailed the law enforcement officer who

interviewed him, and made additional admissions regarding his sexual interest in minors and the use of his alias on Tor, further connecting him to the SUBJECT USER account that initiated this investigation from the FLA.

19.    A subsequent review of the contents of his devices seized at the time of the residential search warrant revealed that HOYT possessed over 170,000 images of suspected child pornography.

### Defendant's Prior Sex Offenses

20.    Previous FBI investigations indicated that on December 14, 2006, James C. HOYT was arrested in Salt Lake City, Utah. HOYT had traveled via airplane to Salt Lake City from Denver to engage in sex with a 16-year-old.  During a recorded interview with law enforcement agents, HOYT admitted to meeting the minor in question in Salt Lake City online, engaging in a sexual online relationship, sending the minor a webcam and a sex toy, masturbating on a webcam for the minor in question, making arrangements to travel to Salt Lake City, and intending to travel to Salt Lake City to engage in sex with the minor. HOYT admitted to having had a previous relationship with another minor in the Denver area that was sexual in nature. HOYT also admitted to possessing child pornography on digital devices at his home at the time (Denver, Colorado). HOYT consented to a search of his computer devices in Colorado, which were subsequently found to contain thousands of files containing possible child pornography. Specifically, 19 files were positively identified as child pornography from the Child Victim Identification Program (CVIP) as of August of 2007, 134 files were identified as bestiality, and over 400 videos of varying length were identified as containing possible child pornography. HOYT served approximately one year in jail in Salt Lake City after being convicted of dealing in harmful materials to a minor (a third degree felony) and was released in approximately November of 2008.

21.    As noted above, in addition to the incidents in Colorado/Utah, HOYT admitted in November 2023 to a sexual relationship with a 16-year-old that occurred in 2018.

### Conclusion

22.    Based on the foregoing, there is probable cause to believe that Defendant **JAMES CHRISTOPHER HOYT** has committed the offense set forth in the attached Criminal Complaint.

FURTHER AFFIANT SAYETH NAUGHT.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

BRANDY HORTON
Special Agent
Federal Bureau of Investigation
Austin, Texas

Sworn or attested to me by telephone under Rule 4.1 of the Federal Rules of Criminal Procedure on this ___28th___ day of April, 2025.

UNITED STATES MAGISTRATE JUDGE