UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| vs. | § | NO:  AU:25-M -00498(1) |
| | § | |
| (1) James Christopher Hoyt | § | |

## ORDER OF TEMPORARY DETENTION

A [X] Detention hearing  and a [X] Preliminary hearing  in this case is scheduled as follows:

| | |
|---|---|
| Place:          501 West 5th Street, Austin, Texas, 78701 | Courtroom No.: 8, 7th Floor |
| Presiding Judge:   U.S. Magistrate Judge Mark Lane | Date and Time: May 02, 2025 at 9:30am |

**IT IS ORDERED:**  Pending the hearing, the defendant is to be detained in the custody of the United States Marshal or any other authorized officer.   The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

If the defendant chooses to waive hearing(s), a written waiver (attached) **must be signed by defendant and defendant's counsel and filed by 4:00 p.m. the day before scheduled hearing**.

**April 29, 2025**                                    _____

                                                                    SUSAN HIGHTOWER
                                                                    UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

United States of America

v.                                                  Case Number:  AU:25-M -00498(1)

(1) James Christopher Hoyt

## DEFENDANT'S WAIVER OF DETENTION HEARING

Defendant, (1) James Christopher Hoyt, files this waiver in response to the Order of Temporary Detention Hearing which was issued by the Court.  After further investigation, Defendant wishes at this time to waive the right to a detention hearing, subject to their right to bring a motion concerning detention at a later date.

Respectfully submitted,

_____
*Defendant*

_____                _____
*Date*                                          *Attorney for Defendant*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was delivered to the Assistant United States Attorney on the _____ day of _____ , 20 ___ .

_____
*Attorney for Defendant*

AO 468 (Rev. 01/09) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

United States of America

v.                                                         NO:   AU:25-M -00498(1)

(1) James Christopher Hoyt

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: _____

_____
Defendant's signature

_____
Signature of defendant's attorney