AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

RECEIVED
U.S. MARSHALS SERVICE
2025 APR 29 PM 2: 54
WESTERN DISTRICT/TEXAS
AUSTIN DIVISION

United States of America
v.

James Christopher Hoyt

*Defendant*

)
)
)
)
)
)

Case No. 1:25-MJ-498

2025 APR 29 PM 3:49
CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
FILED

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    James Christopher Hoyt

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
See attached affidavit and complaint.

Date:  04/28/2025

_____
*Issuing officer's signature*

City and state:  Austin, Texas

Susan Hightower, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 4/28/25 , and the person was arrested on *(date)* 4/29/25
at *(city and state)* Pflugerville, TX .

Date:  4/29/25

_____
*Arresting officer's signature*

Brady Horta Special Agt
*Printed name and title*