AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | **EXHIBIT AND WITNESS LIST** |
| vs. | § | |
| | § | Case Number:  AU:25-M -00498(1) |
| (1) James Christopher Hoyt | § | |
| *Defendant* | | |

| Presiding Judge MARK LANE | Government Attorney Ralph Paradiso | Defendant's Attorney David Thomas |
|---|---|---|
| Trial/Hearing Date 5/2/2025 | Court Reporter FTR Gold | Courtroom Deputy Stephanie Cruz |

| Plf No. | Def No. | Date Offered | Marked | Admitted | Descriptions of Exhibits* and Witnesses |
|---|---|---|---|---|---|
| 1 | | | | | Witness - Bandy Horton |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.**