FILED
5/6/2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: _____CO_____
Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v<br><br>JAMES CHRISTOPHER HOYT<br><br>Defendant | INDICTMENT   AU:25-CR-00257-ADA<br><br>COUNT 1: 18 U.S.C. § 2252(a)(2) & (b)(1) – Distribution of Material Involving the Sexual Exploitation of Minors;<br><br>COUNT 2: 18 U.S.C. § 2252(a)(4)(B) & (b)(2) – Possession of Material Involving the Sexual Exploitation of Minors]<br><br>Notice of Government's Demand for Forfeiture |

**THE GRAND JURY CHARGES:**

### COUNT ONE
### Distribution of Material Involving
### the Sexual Exploitation of Minors
### [18 U.S.C. § 2252(a)(2) & (b)(1)]

Between on or about December 8, 2021 and on or about November 9, 2023 in the Western District of Texas, the Defendant,

**JAMES CHRISTOPHER HOYT,**

did knowingly distribute, and attempt to distribute, one or more visual depictions using any means and facility of interstate and foreign commerce and which had been shipped and transported in interstate and foreign commerce; the production of which involved the use of minors engaged in sexually explicit conduct; and such visual depictions were of such sexually explicit conduct.

In violation of Title 18, United States Code, Section 2252(a)(2) and (b)(1).

## COUNT TWO
## Possession of Material Involving
## the Sexual Exploitation of Minors
[18 U.S.C. § 2252(a)(4)(B) & (b)(2)]

Between on or about December 8, 2021 and on or about November 9, 2023 in the Western District of Texas, the Defendant,

**JAMES CHRISTOPHER HOYT**

did knowingly possess one or more matters containing visual depictions, including visual depictions of a prepubescent minor and minor who had not attained the age of 12, which had been shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and which was produced using materials which had been so shipped and transported, by any means including by computer; the production of which involved the use of a minor engaging in sexually explicit conduct; and such visual depictions were of such sexually explicit conduct.

In violation of Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2).

## NOTICE OF GOVERNMENT'S DEMAND FOR FORFEITURE
[*See* Fed. R. Crim. P. 32.2]

### I.
### Sexual Exploitation of Children Violations and Forfeiture Statutes
[Title 18 U.S.C. §§ 2252A(a)(2), (a)(4)(B), (b)(1) and (2), subject to forfeiture pursuant to Title 18 U.S.C. § U.S.C. 2253(a), (2) and (3), Title 18 U.S.C. §§ 981(a)(1)(C) 982(a)(2)(A), as made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c).]

As a result of the criminal violation set forth in Counts One and Two, the United States gives notice to the Defendant of its intent to seek the forfeiture of property, upon conviction pursuant to FED. R. CRIM. P. 32.2 and Title 18 U.S.C. § 2253(a)(1), (2), and (3), and Title 18 U.S.C. §§ 981(a)(1)(C) as made applicable to criminal forfeiture by Title 26 U.S.C. § 2461(c), which

states:

### Title 18 U.S.C. § 2253. Criminal forfeiture

**(a) Property subject to criminal forfeiture.**-A person who is convicted of an offense under this chapter involving a visual depiction described in section 2251, 2251A, 2252, 2252A, or 2260 of this chapter or who is convicted of an offense under section 2251B of this chapter, or who is convicted of an offense under chapter 109A, shall forfeit to the United States such person's interest in-

(1) any visual depiction described in section 2251, 2251A, 2252, 2252A, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter;

(2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

(3) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

### 18 U.S.C. § 981. Civil Forfeiture

(a)(1) The following property is subject to forfeiture to the United States:

\* \* \*

(C) Any property, real or personal, which constitutes or is derived from proceeds traceable to . . . any offense constituting "specified unlawful activity" (as defined in section 1961(1)(B) of this title), or a conspiracy to commit such offense.

### 18 U.S.C. § 1961.

(1)(B) Any act which is indictable under any of the following provisions of Title 18, United States Code: Section…2251, 2251A, 2252, and 2260 (relating to sexual exploitation of children).

A TRUE BILL

███████████
_____
FOREPERSON OF THE GRAND JURY

MATTHEW R. GALEOTTI
SUPERVISORY OFFICIAL
CRIMINAL DIVISION
DEPARTMENT OF JUSTICE

BY: _____
STEVEN J. GROCKI
CHIEF, CHILD EXPLOITATION &
OBSCENITY SECTION

BY: _____
AUSTIN M. BERRY
TRIAL ATTORNEY